# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BARRY KENDALE ANGLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:20-cv-02019-JTF-atc |
| ) | |
| v. ) | |
| ) | |
| SHELBY COUNTY JAIL and OFFICER ) | |
| JONES, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Decision by Court.  This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed with Prejudice in accordance with the Order Dismissing Case, Assessing Strike Pursuant to 28 U.S.C. § 1915(g), Certifying An Appeal Would Not Be Taken in Good Faith, and Notifying Plaintiff of Appellate Filing Fee entered on November 9, 2020.

**IT IS SO ORDERED**, this 10th day of November 2020.

APPROVED:

*s/John T. Fowlkes, Jr.*  
JOHN T. FOWLKES, JR.  
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD  
CLERK

November 10, 2020  
DATE

s/Kristen Polovoy  
(BY) LAW CLERK